In The United States District Court
For the Middle District of Alabama
Southern Division

ANNA BARRON, et al.,

    Plaintiffs,

-vs-

HENRY COUNTY BOARD OF EDUCATION,

    Defendant.

Case No. CV-2002-A-785-S

## DEFENDANT'S MOTION TO STRIKE CULVER'S *SECOND* AFFIDAVIT, OR IN THE ALTERNATIVE, REQUEST FOR LEAVE TO RESPOND TO CULVER'S *SECOND* AFFIDAVIT

*COMES NOW* Defendant in the above-styled cause and moves this Honorable Court to strike Wayne Culver's *Second* Affidavit. As grounds for said motion, Defendant states as follows:

1. Defendant initially filed a motion requesting leave to conduct discovery regarding the issue of conditional class certification. Because Plaintiffs agreed to submit <u>all</u> evidentiary materials no later than November 20, 2002, Defendant withdrew its motion to conduct discovery and agreed to brief the issue at that time.

2. Based on that agreement, this Court enter an Order dated November 6, 2002, directing Plaintiffs to submit all evidentiary materials in support of their motion for conditional class certification by November 20, 2002. Defendant was directed by that same order to respond by December 9, 2002 and Plaintiffs were to reply by December 16, 2002. <u>Any additional evidentiary submissions filed by Plaintiffs had to be filed no later than November 20, 2002</u> pursuant to said Order.

3. Plaintiffs filed a supplement to their motion on November 20, 2002 consisting of the Affidavit of Wayne Culver ("Culver"). On December 9, 2002, Defendant filed a motion to strike Culver's affidavit and the other evidentiary materials that Plaintiffs had filed in support of their motion. Plaintiffs have now submitted additional evidentiary materials - - a *Second* Affidavit of Wayne Culver, as part of their reply due today. The affidavit is untimely and improper pursuant to this Court's November 6, 2002 Order. As such, Defendant moves this Honorable Court to strike

Culver's *Second* Affidavit and otherwise exclude it from consideration of the conditional class certification issue at hand.

4. In the alternative, Defendant requests sufficient time to properly respond to the *Second* Affidavit. Although Plaintiffs have again filed all the same materials in each of the sixteen cases that have a conditional class certification issue pending, Culver's affidavits, especially the *Second* Affidavit, has a different degree of relevance and application to each case even if the Court determines to consider the affidavit in its decision regarding conditional class certification (certainly Defendant maintains that both affidavits are inadmissible and irrelevant to the issue at hand). Accordingly, sufficient time is needed in which to properly respond to the *Second* Affidavit in this case and the fifteen companion cases.

WHEREFORE, These Premises Considered, Defendant moves this Honorable Court to strike the *Second* Affidavit of Culver, or in the alternative, requests until January 9, 2003[1] to respond to the affidavit.

DATED this the 17th day of December 2002.

HENRY COUNTY BOARD OF EDUCATION,
Defendant,

By: _____
James R. Seale (SEA006)
Elizabeth Brannen Carter (BRA083)
HILL, HILL, CARTER,
FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 - fax
E-mail jrs@hillhillcarter.com
Counsel for Defendant
6630 0067/f Motion-Strike Culver's Second Affidavit wpd

---

[1] The responses to conditional class certification in the Southern District Fair Labor Standards Act cases are due December 20, 2002. Schools are out from December 20, 2002 until January 6, 2003 for the holidays. As such, undersigned counsel will need sufficient time to contact the schools for pertinent information that is necessary to respond to Culver's *Second Affidavit*.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a true and correct copy of the foregoing *Defendant's Motion To Strike Culver's Second Affidavit, Or In The Alternative, Request For Leave To Respond To Culver's Second Affidavit* upon Robert S. Ramsey, Esquire, RAMSEY LAW FIRM, P.C., 21 North Florida Street, Mobile, Alabama 36607 and Marc Edward Brand, Esquire, 125 South Congress Street, Suite 101, Capital Towers, Jackson, Mississippi 39201 via electronic mail and by placing same in the United States Mail, postage prepaid and properly addressed and courtesy copies of same via electronic mail upon John B. MacNeill, Esquire, Francis Edward Leon, Jr., Esquire, Mike Espy, Esquire and Sam M. Brand, Esquire this the 17th day of December, 2002.

_____
Of Counsel