**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEC 2 3 2002

CLERK
U. S. DISTRICT COURT
MIDDLE DIST OF ALA.

ANNA BARRON, MAYE ELLA REYNOLDS
AND ALL OTHERS SIMILARLY SITUATED

PLAINTIFFS

VS.

CIVIL ACTION NO. CV-02-A-785-S

HENRY COUNTY SCHOOL SYSTEM

DEFENDANT

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE CULVER'S SECOND AFFIDAVIT, OR IN THE ALTERNATIVE, REQUEST FOR LEAVE TO RESPOND TO CULVER'S SECOND AFFIDAVIT

COMES NOW, the Plaintiff, by and through the attorney of record in the above styled and numbered cause and files this Response to Defendant's Motion to Strike Culver's Second Affidavit, or in the Alternative, Request for Leave to Respond to Culver's Second Affidavit and as ground for said response, Plaintiff states as follows:

**(1)**

The Defendants appear to be confused. The affidavit of Wayne Culver was filed in response to Defendant's Motion to Strike Evidence Submitted by Plaintiff's in Support for Conditional Class Certification. It is therefore proper.

**(2)**

The Defendant does not need additional time to respond. Wayne Culver's Second Affidavit is not so dissimilar as to Wayne Culver's First Affidavit as to cause the Defendants to have to expend a great amount of thought or energy in analyzing the Second Affidavit.



**(3)**

The Defendant has had in its possession the information used by Wayne Culver in both of his affidavits and accompanying exhibits since the beginning of this litigation.

**(4)**

The statute of limitations for each potential Plaintiff in this case continues to run. For each day the Defendant delays resolution of a court-ordered opt-in, any potential Plaintiff will receive one less day's overtime wages.  In fairness to those Plaintiffs, further delay should not be allowed

**(5)**

What responses are due in the Southern District of Alabama is simply not relevant to resolution of the opt-in in the Middle District of Alabama.  Therefore any reference in Footnote 2 to due date on the Southern District have no bearing on this Court' decision.

**(6)**

Plaintiffs submit that this Court has before it all necessary material and proof to permit the opt-in procedure suggested by the Plaintiffs.  In the interest of fairness and justice, Plaintiffs again respectfully request this Honorable Court to grant an opt-in so that all potential Plaintiff's may be identified and allowed to join this suit.

Respectfully submitted

_____

Marc E. Brand

OF COUNSEL:

MARC E. BRAND
ATTORNEY AT LAW
Post Office Box 3508
Jackson, Mississippi 39201
(601) 354-7878
(601) 718-6125
MSB. No. 4301

ROBERT S. RAMSEY
RAMSEY LAW FIRM
21 North Florida Street
Mobile, Alabama 36607
(251) 479-5655
(251) 479-2488
Alabama Bar No. ASB-4080-M69-R

JOHN B. MACNEILL
MACNEILL & BUFFINGTON, P. A.
1080 River Oaks Drive
Flowood, Mississippi 39232
(601) 936-2800
(601) 936-2801
MSB No. 1181

MICHAEL A. ESPY
MICHAEL ESPY, PLLC

Post Office Box 24205
Jackson, Mississippi 39225-4205
(601) 613-1617
(601) 368-3194
MSB No. 5240

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this date served a true and

correct copy of the foregoing, via hand delivery, to:

JAMES R. SEALE, ESQ.
HILL, HILL, CARTER, FRANCO,
COLE & BLACK, P. C.
Post Office Box 116
Montgomery, Alabama 39101-0116

This the 12th day of December, 2002.

_____
Marc E. Brand